ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:25-po-00290-CSK |
|---|---|---|
| Plaintiff, | ) | ~~[Proposed]~~ MODIFIED ORDER TO DISMISS VIOLATION NUMBER F08N004K AND VACATE BENCH TRIAL; CERTIFICATE OF SERVICE |
| v. | ) | |
| MATTHEW L. STRAUB, | ) | DATE:  November 13, 2025 |
| Defendant. | ) | TIME:  10:00 a.m. |
| | ) | JUDGE: Honorable Chi Soo Kim |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Violation Number F08N004K in Case Number 2:25-po-00290-CSK is GRANTED.

It is further ordered that the bench trial scheduled on November 13, 2025, and all other dates set are vacated.

IT IS SO ORDERED.

Dated: October 29, 2025

*/s/ Chi Soo Kim*
HON. CHI SOO KIM
United States Magistrate Judge

ORDER TO DISMISS VN F08N004K
AND VACATE BENCH TRIAL                    1              U.S. v. MATTHEW L. STRAUB